

**NEW ENGLAND FORENSIC ASSOCIATES**

10/01/2025

Re: Arthur Picanco

Attorney Wolpin,

    I am writing on behalf of my client, Arthur Picanco, who is currently engaged in ongoing treatment with me and is facing sentencing before the Court.

    I am a Licensed Mental Health Counselor with extensive experience working with individuals navigating complex mental health, problematic sexual behavior, and legal challenges, drawing from a strong background in forensic and correction settings- including the Massachusetts Treatment Center and MCI- Cedar Junction- as well as in community-based and outpatient therapy programs focusing on those who have been accused of sexually offended. I have been with New England Forensic Associates (NEFA), a nationally recognized outpatient practice for the evaluation and treatment of sexual offenders, since 2024 as an Associate Clinician, providing individual therapy, group therapy, intakes, and assessments.

    Since beginning services in December 2024, Mr. Picanco has demonstrated a clear and consistent commitment to his treatment and personal rehabilitation. He has attended his sessions regularly, actively participated in the therapeutic process, and has shown meaningful insight into the behaviors that contributed to his legal involvement. Importantly, he has expressed genuine remorse and accountability for his actions, as well as a strong motivation to continue bettering himself.

    Throughout our work, Mr. Picanco has engaged in learning healthier coping skills, improving decision-making strategies, and developing tools to maintain stability in his life. His progress reflects not only a dedication to treatment, but also a genuine investment in creating lasting positive change.

    It is my clinical opinion that Mr. Picanco is making significant strides toward rehabilitation. Continued access to treatment, community support, and structured accountability will serve his long-term growth far more effectively than an extended sentence. For these reasons, I respectfully support consideration of a reduced or low sentence that allows him to maintain and build upon the progress he has already made.

Thank you for your time and consideration.

Respectfully,

*Nicol Provencher, LMHC*

Nicole Provencher, LMHC

Associate Clinician

Arlington, MA 02476-4744

Tel:
Fax:
E-mail:

*Co-Founders*
Carol J. Ball, Ph.D.
Theoharis K. Seghorn, Ph.D.

*Clinical Director*
Leo D. Keating, LICSW

*Associate Clinical Director*
Nancy E. DiZio, M.Ed. LMHC

*Associates*
Katherine Calapa, LCSW
Margery Gans, Ed. D
Whitney J. Kraemer, LMHC
Amanda Macchi, LICSW
Nicole Provencher, LMHC